```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CATHY A. DAVES,                                             :
                                                            :
                              Plaintiff,                    :
           - against -                                      :      11 Civ 8179 (DAB)
                                                            :
DEBEVOISE & PLIMPTON LLP,                                   :      ECF Case
                                                            :
                              Defendant.                    :
------------------------------------------------------------x
```

**DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1**

The undersigned counsel of record for Defendant Debevoise & Plimpton LLP certifies that Debevoise & Plimpton LLP is a limited liability partnership existing under the laws of the State of New York, and has no corporate status.

Debevoise & Plimpton LLP has no parent corporation and no publicly held corporation owns any stock in Debevoise & Plimpton LLP.

Dated: New York, New York
December 9, 2011

DEBEVOISE & PLIMPTON LLP

By: /s/ Jyotin Hamid_____

Jyotin Hamid
*jhamid@debevoise.com*
Vanessa De Simone
*vsdesimo@debevoise.com*
Olga Kaplan
*okaplan@debevoise.com*
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Debevoise & Plimpton LLP

To: Darnley D. Stewart
Giskan Solotaroff Anderson &
  Stewart LLP
11 Broadway
New York, NY 10004