UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CATHY A. DAVES, | 11 Civ. 8179 (DAB) |
| Plaintiff, | ECF Case |
| -against- | |
| DEBEVOISE & PLIMPTON LLP, | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP appears in the case captioned above by its counsel, Jyotin Hamid of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated: New York, New York
December 9, 2011

DEBEVOISE & PLIMPTON LLP

By: /s/ Jyotin Hamid
jhamid@debevoise.com

919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for Debevoise & Plimpton LLP*

TO:  Darnley D. Stewart, Esq.
Giskan Solotaroff Anderson & Stewart LLP
11 Broadway
New York, NY 10004
*Attorneys for Cathy A. Daves*

23554907v1