UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CATHY A. DAVES,<br><br>         Plaintiff,<br><br>   -against-<br><br>DEBEVOISE & PLIMPTON LLP,<br><br>         Defendant. | 11 Civ. 8179 (DAB)<br><br>ECF Case<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    PLEASE TAKE NOTICE that Debevoise & Plimpton LLP appears in the case captioned above by its counsel, Vanessa De Simone of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
    December 9, 2011

                DEBEVOISE & PLIMPTON LLP

                By: __/s/ Vanessa De Simone_
                   vsdesimo@debevoise.com

                919 Third Avenue
                New York, New York 10022
                (212) 909-6000

                *Attorneys for Debevoise & Plimpton LLP*

TO: Darnley D. Stewart, Esq.
    Giskan Solotaroff Anderson & Stewart LLP
    11 Broadway
    New York, NY 10004
    *Attorneys for Cathy A. Daves*

23554799v1