UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CATHY A. DAVES,

        Plaintiff,

  -against-

DEBEVOISE & PLIMPTON LLP,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11 Civ. 8179 (DAB)

ECF Case

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

   PLEASE TAKE NOTICE that Debevoise & Plimpton LLP appears in the case captioned above by its counsel, Olga Kaplan of Debevoise & Plimpton LLP.  The undersigned respectfully requests that notice of electronic filing of all papers in the within action, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to her at the address given below.

Dated: New York, New York
    November 9, 2011

            DEBEVOISE & PLIMPTON LLP

            By: /s/ Olga Kaplan
              okaplan@debevoise.com

            919 Third Avenue
            New York, New York  10022
            (212) 909-6000

            *Attorneys for Debevoise & Plimpton LLP*

TO: Darnley D. Stewart, Esq.
    Giskan Solotaroff Anderson & Stewart LLP
    11 Broadway
    New York, NY 10004
    *Attorneys for Cathy A. Daves*

23554949v1