UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------

CATHY DAVES,

                                                             11 CV 8179 (DAB)

                           Plaintiff,                    (ECF Case)

         -against-

DEBEVOISE & PLIMPTON LLP,

                           Defendant.

---------------------------------------------------------------------

## NOTICE OF APPEARANCE

TO THE ABOVE-CAPTIONED COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Raymond Audain, Esq., at Giskan, Solotaroff, Anderson &

Stewart, LLP, 11 Broadway, Suite 2150, New York, New York 10004, hereby appears as co-

counsel for Plaintiff Cathy Daves in the above-captioned matter, and certifies that he is admitted

to practice in the United States District Court for the Southern

District of New York.

Dated: June 1, 2012
New York, New York

                                             GISKAN, SOLOTAROFF,
                                             ANDERSON & STEWART, LLP

                                             By: _____
                                             Raymond Audain (RA7016)
                                             11 Broadway, Suite 2150
                                             New York, New York 10004
                                             raudain@gslawny.com
                                             (646) 336-4904
                                             Attorneys for Plaintiff