USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/4/12

COURTESY COPY

RECEIVED
SEP 04 2012
CHAMBERS OF
ANDREW J. PECK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CATHY A. DAVES,

               Plaintiff,

   - against -

DEBEVOISE & PLIMPTON LLP,

               Defendant.

------------------------------------------------------------x

No. 11 Civ. 8179 (DAB/AJP)
ECF Case

**STIPULATION EXTENDING EXPERT DISCOVERY PERIOD**

Whereas the existing deadline for expert discovery in this matter is August 31, 2012; and whereas the parties have agreed that a brief extension of the expert discovery period would be mutually beneficial, it is hereby stipulated and agreed that the expert discovery deadline is extended to and through September 21, 2012. This is the first extension of this date.

DEBEVOISE & PLIMPTON LLP

By: _____
Jyotin Hamid (jhamid@debevoise.com)
Vanessa De Simone
(vsdesimo@debevoise.com)
Olga Kaplan (okaplan@debevoise.com)

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendant Debevoise & Plimpton LLP*

GISKAN SOLOTAROFF ANDERSON & STEWART LLP

By: _____
Darnley D. Stewart (dstewart@gslawny.com)

11 Broadway
New York, NY 10004
(212) 500-5106

*Attorney for Plaintiff Cathy A. Daves*

SO ORDERED:
_____ 9/4/12
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ECF'd All Counsel
Judge Batts

BY ECF

23731566v1