From:dds                                                            09/16/2012 17:34        #701 P.002/002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/17/2012

## GISKAN SOLOTAROFF ANDERSON & STEWART LLP
### Attorneys at Law


RECEIVED
SEP 17 2012
CHAMBERS OF
ANDREW J. PECK

11 Broadway, Suite 2150
New York, NY 10004

TELEPHONE: (212) 500-5106
FACSIMILE: (212) 414-0347

September 16, 2012

*Extension to Friday, September 21, 2012 approved. 9/17/2012*

**SO ORDERED**
Hon. Andrew Jay Peck
United States Magistrate Judge

**By Facsimile**

The Honorable Andrew J. Peck, U.S.M.J.
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Cathy A. Daves v. Debevoise & Plimpton LLP,*
      Civ. No. 11-civ.- 8179 (DAB)(AJP)

Dear Judge Peck:

I am counsel to plaintiff Cathy A. Daves in the above-referenced action. The parties are currently scheduled for a settlement conference with Your Honor on Tuesday, September 25, at 2:00 p.m. According to the Court's Order For Settlement Conference, the parties' settlement memoranda are due Tuesday, September 18. The parties conducted expert depositions in this case last week. I have three depositions in Suffolk County tomorrow in another case, and two more on Tuesday, followed by a discovery conference/argument in Camden on Wednesday in a totally different case. In light of this work, I respectfully request until this Friday, September 21, to submit plaintiff's memorandum. Defendant's counsel has no objection to this extension.

Respectfully submitted,

Darnley D. Stewart

cc:   Vanessa de Simone, Esq. (by electronic mail)

11 Broadway, Suite 2150 | New York, NY 10004 | Tel (212) 847-8315 | www.gslawny.com