| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 9/25/12 |
| CATHY A. DAVES, :<br>  Plaintiff, :<br>  -against- :<br>DEBEVOISE & PLIMPTON LLP, :<br>  Defendant. :<br>------------------------------------- x | 11 Civ. 8179 (DAB) (AJP)<br><br>**ORDER OF DISMISSAL ON CONSENT** |

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on September 25, 2012, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         September 25, 2012

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                       Judge Deborah A. Batts

C:\ORD\DISMISS